■ ST. PAUL FIRE & MARINE INSURANCE COMPANY, as Subrogee of COLGATE HEATING CORP. and Others, Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 24.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J. —Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.